### THE AMERICAN APPRAISAL COMPANY v. W. B. BLADES ET AL.

(Filed 5 March, 1930.)

APPEAL by defendants from *Midyette, J.,* at September Term, 1929, of CRAVEN.

Civil action to recover the sum of $1,778.47 for professional services in making an appraisal of the properties of Morehead Bluffs, Inc., located on Bogue Sound, near Morehead City, N. C., at the instance of the defendants.

A jury trial was waived, and by agreement, the judge found the facts and rendered judgment accordingly.

From a judgment in favor of plaintiff, the defendants appeal, assigning errors.

*D. L. Ward and D. L. Ward, Jr., for plaintiff.*
*Whitehurst & Barden for defendants.*

PER CURIAM. The case presents no more than a disputed issue of fact. This has been determined in favor of the plaintiff.

No error.